**Stephanie J. WOODS, Appellant,**

v.

**Daniel R. GLICKMAN, Secretary, United States Department of Agriculture, Appellee.**

**No. 02–3259.**

United States Court of Appeals, Eighth Circuit.

Submitted April 23, 2003.

Decided April 28, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Stephanie Woods appeals from the district court's[1] adverse grant of summary

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

judgment in her employment action against the United States Department of Agriculture, in which she had alleged race and disability discrimination. Having reviewed de novo the record and carefully considered the parties' briefs, we agree with the conclusions and reasoning explained in the district court's thorough memorandum opinion. *See Whitley v. Peer Review Sys., Inc.,* 221 F.3d 1053, 1055 (8th Cir.2000) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.